UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST BILLIZONE, SR.

VERSUS

WEST FELICIANA PARISH
WORK RELEASE, ET AL

CIVIL ACTION

NUMBER 11-647-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 24, 2013 (doc. no. 31) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i), without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint, and without prejudice to any state law claim.

Baton Rouge, Louisiana, February 25, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA